USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 05 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

TORRIE JOHNSON,
    a/k/a "Torrie Terrel Johnson,"
    a/k/a "Black,"

                  Defendant.

- - - - - - - - - - - - - - - - - x

**INDICTMENT**

**19 Cr.**

**19 CRIM 650**

## COUNT ONE
### (Firearms Trafficking)

The Grand Jury charges:

1. From at least on or about January 23, 2019, up to and including at least on or about May 9, 2019, in the Southern District of New York and elsewhere, TORRIE JOHNSON, a/k/a "Torrie Terrel Johnson," a/k/a "Black," the defendant, not being a licensed importer, licensed manufacturer, and licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, to wit, JOHNSON transported firearms from South Carolina to New York and sold them in Manhattan and the Bronx.

(Title 18, United States Code, Sections 922(a)(1)(A) and 2.)

JUDGE BUCHWALD

## COUNT TWO
### (Felon in Possession)

The Grand Jury further charges:

2.   On or about February 11, 2019, in the Southern District of New York and elsewhere, TORRIE JOHNSON, a/k/a "Torrie Terrel Johnson," a/k/a "Black," the defendant, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Jimenez Arms model J.A. .380 caliber pistol, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)


_____
FOREPERSON

_Geoffrey S. Berman_
GEOFFREY S. BERMAN
United States Attorney

```
===========================================
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
===========================================
```

UNITED STATES OF AMERICA

- v. -

TORRIE JOHNSON,
a/k/a "Torrie Terrel Johnson,"
a/k/a "Black,"

Defendant.

```
===========================================
```

### INDICTMENT

19 Cr.

(18 U.S.C. §§ 922(a)(1)(A), 922(g)(1), and 2.)

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

_____ Foreperson.

9/5/2019
(RA)

Indictment filed
Wheel A - Judge Buchwald
Honorable Sarah Netburn
United States Magistrate Judge