UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :   **SUPERSEDING INFORMATION**
                                    :
TORRIE JOHNSON,                     :   S1 19 Cr. 650 (NRB)
    a/k/a "Torrie Terrel Johnson," :
    a/k/a "Black,"                  :
                                    :
                Defendant.          :
- - - - - - - - - - - - - - - - - - x

## COUNT ONE
### (Firearms Trafficking)

The United States Attorney charges:

From at least in or about January 2019, up to and including at least in or about May 2019, in the Southern District of New York and elsewhere, TORRIE JOHNSON, a/k/a "Torrie Terrel Johnson," a/k/a "Black," the defendant, not being a licensed importer, licensed manufacturer, and licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, and with the intent to engage in such business and in furtherance of such purpose did travel from a State into another State, and did acquire and attempt to acquire firearms in such other State, to wit, JOHNSON traveled from New York to South Carolina and acquired firearms,

transported the firearms from South Carolina to New York, and sold the firearms in Manhattan and the Bronx.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(n), and 2.)

_____
GEOFFREY S. BERMAN
United States Attorney

```
======================================================
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
======================================================
```

UNITED STATES OF AMERICA

- v. -

TORRIE JOHNSON,
a/k/a "Torrie Terrel Johnson,"
a/k/a "Black,"

Defendant.

```
======================================================
```

### SUPERSEDING INFORMATION

S1 19 Cr. 650 (NRB)

(18 U.S.C. §§ 922(a)(1)(A), 924(n), and 2.)

GEOFFREY S. BERMAN
United States Attorney.

```
======================================================
```